## No. 8600.

### CITY OF NEW ORLEANS VS. FREDERICK APKEN.

36   419
123  352
124  1071

Where nothing in the pleadings of the parties nor in the entire record informs the Court that the subject matter is within its jurisdictional amount, the Court *proprio matu* will dismiss the appeal.

The fact of its jurisdiction must be made affirmatively to appear.

APPEAL from the Civil District Court for the Parish of Orleans. *Rightor*, J.

*Wynne Rogers*, Assistant City Attorney, for Plaintiff and Appellee.

*J. Buisson* and *G. Duplantier* for Defendant and Appellant.

The opinion of the Court was delivered by

TODD, J. The defendant appeals from a judgment perpetuating an injunction taken out by the city against his keeping a dairy and stable at the corner of Toledano and Annunciation streets, in alleged violation of certain city ordinances.

Since the filing of the transcript the appellant has made no appearance in this Court and submitted no argument, oral or written, in support of his appeal.

We have examined the record and find in the pleadings no allegations touching the value of the business, against which the proceedings is directed, and no averment of any amount in dispute and nothing in the evidence even that would afford the slightest ground for an inference that the case is within our jurisdiction. This fact must be made affirmatively to appear from the record. The appeal is, therefore, dismissed.